(Argued June 4, 1935; decided July 11, 1935.)

*W. Clyde O'Brien* for appellant.

*Percival D. Oviatt* and *Edwards P. Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.